UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONKEYBALL MOVIE, LLC**          )<br>                                                            )<br>    **Plaintiff,**                                )<br>                                                            )<br>v.                                                        )     CA. 1:10-cv-01520-EGS<br>                                                            )<br>**DOES 1 – 171**                              )<br>                                                            )<br>    **Defendants.**                          )<br>_____) | |

## PLAINTIFF'S RESPONSE TO COURT'S MINUTE ORDER OF OCTOBER 13, 2010

Plaintiff hereby responds to the Court's Minute Order of October 13, 2010 "directing plaintiff to file a proposed notice to be provided by internet service providers which plaintiffs seek to subpoena in this case to their customers who are associated with the 171 IP addresses set forth in Exhibit A to the Complaint."  While Plaintiff has not sought to require the Internet Service Providers (ISPs) to provide a specific notice to their customers, as most ISPs already provide written notice to their customers whose information has been subpoenaed, Plaintiff does not oppose a Court-directed notice.

Attached as Exhibit 1 hereto is a notice proposed by Plaintiff.  This proposed notice is substantively the same as the notice approved of and directed to be sent in two similar cases pending in this Court in front of Judge Collyer – *Achte/Neunte Boll Kino Beteiligungs GMBH & Co. KG v. Does 1-2,094*, CA No. 1:10-cv-00453-RMC; *West Bay One, Inc. v. Does 1-1,653*, CA No. 1:10-cv-00481-RMC.  The only changes made were inserting the name of Plaintiff's movie and changing the grammar to reflect one plaintiff and one movie (opposed to the notice used jointly in the two other cases).

Should the Court require the ISPs to provide their customers with a specific notice, Plaintiff requests that the Court adopt the attached proposed notice. Also, should the Court require this notice, Plaintiff requests that the Court add language to the order granting Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference and authorizing discovery to specify that the ISPs shall provide the Court-directed notice to their customers.

                Respectfully submitted,
                Donkeyball Movie, LLC

**DATED**:  October 15, 2010

By:   /s/_____
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorneys for the Plaintiff*