UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
DONKEYBALL MOVIE, LLC              )
                                   )
            Plaintiff              )   Civ. Action No. 10-1520 (EGS)
                                   )
        v.                         )
                                   )
DOES 1-171,                        )
                                   )
            Defendants.            )
_____)

## O R D E R

It is by the Court hereby **ORDERED** that Plaintiff's Motion for Leave to Take Immediate Discovery [4] is **GRANTED**.  Plaintiff will be allowed to serve immediate discovery on the Internet Service Providers (ISPs) listed in Exhibit A to Plaintiff's complaint to obtain the identity of each John Doe Defendant by serving a Rule 45 subpoena that seeks information sufficient to identify each Defendant, including name, address, telephone number, email address, and Media Access Control address.

Any information disclosed to Plaintiff in response to the Rule 45 subpoena may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in the Complaint. If an ISP and/or any Defendant want to move to quash the subpoena, the party must do so before the return date of the subpoena, which shall be 30 days from the date of service.  The ISPs shall preserve any subpoenaed information pending the

resolution of any timely filed motion to quash.

It is further **ORDERED** that Plaintiffs shall attach a copy of this Order and the Court Directed Notice Regarding Issuance of Subpoena, a copy of which is attached to this Order, along with its subpoena. The Rule 45 subpoena shall instruct the ISP to distribute a copy of said notice to each Doe Defendant within five days of service of the subpoena.


**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            October 19, 2010**

3